UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SIEGERS SEED COMPANY,<br>                  Plaintiff,<br>-v-<br>UTOPIA FARMS II, LLC and<br>BRIAN H. TURNER,<br>                  Defendants. | No. 1:19-cv-371<br><br>Honorable Paul L. Maloney |

## JUDGMENT

Plaintiff Siegers Seed Company has established that Defendants Utopia Farms II and Brian Turner breached the terms of an amended settlement agreement. As a result, and according to the terms of the amended settlement agreement, **JUDGMENT ENTERS** against Defendants, jointly and severally, for $1,865,456.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: June 18, 2021                                                                         /s/ Paul L. Maloney
                                                                                                  Paul L. Maloney
                                                                                                  United States District Judge